**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BROVIA EVANS,** )  | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | Case No.: 2:15-CV-11300-BAF-MKM |
| ) | |
| **STELLAR RECOVERY, INC.,** ) | |
| ) | |
|     **Defendant,** ) | |

**DEFENDANT STELLAR RECOVERY, INC.'S**
**FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**
**AND NOTIFICATION AS TO AFFILIATES**

    NOW COMES the Defendant, STELLAR RECOVERY, INC., through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

    1.    Fed. R. Civ. P. 7.1(a) provides: "A non-governmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

    2.    Stellar Recovery, Inc. is a Florida corporation. Stellar Recovery, Inc. is wholly privately owned.

Respectfully Submitted,

STEVEN A. SIMAN, P.C.

/s/ Steven A. Siman
Steven A. Siman (P20480)
Attorneys for Defendant
3250 W. Big Beaver, Suite 344
Troy, MI 48084-2902
(248) 643-4700
sas@simanlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2015, I filed the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT STELLAR RECOVERY, INC. with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Jeffrey S. Hyslip
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
jeffrey@lifetimedebtsolutions.com
ATTORNEY FOR PLAINTIFF

Respectfully Submitted,

STEVEN A. SIMAN, P.C.

/s/ Steven A. Siman
Steven A. Siman (P20480)
Attorneys for Defendant
3250 W. Big Beaver, Suite 344
Troy, MI 48084-2902
(248) 643-4700
sas@simanlaw.net